IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

VS.                                           CRIMINAL NO. 5:08-cr-3-DCB-LRA

JOHN W. CUEVAS, JR.                                             DEFENDANT

ORDER

This matter was brought before the Court for sentencing of defendant John W. Cuevas, Jr. The defendant was sentenced, and the sentence included a term of imprisonment of six months for Counts 1,2 and 3 to run concurrently. The Court, having been advised that the defendant has been in continuous Federal custody, finds that the defendant's term of imprisonment has been satisfied and that the defendant should therefore be released from custody. A separate judgment of conviction will be issued by the Court.

It is therefore ordered that the United States Marshal Service shall release defendant, John W. Cuevas, Jr. from custody.

This the 22nd day of April, 2008.

s/ David Bramlette
UNITED STATES DISTRICT JUDGE